V. James DeSimone (SBN: 119668)
vjdesimone@gmail.com
Carmen D. Sabater (SBN: 303546)
cds820@gmail.com
Emily C. Barbour (SBN 337185) – Of Counsel
ebarbour@bohmlaw.com
**V. JAMES DESIMONE LAW**
13160 Mindanao Way, Suite 280
Marina del Rey, California 90292
Telephone:  310.693.5561
Facsimile:   323.544.6880

Attorneys for Plaintiff,
CHAD LODER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD LODER,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a municipal entity; SHERIFF ALEX VILLANUEVA, in his individual and official capacity, SERGEANT BRYAN SIRKEL, in his individual and official capacity; DEPUTY ISIDORO ARELLANO, in his individual and official capacity; DEPUTY GARRET WERT, in his individual and official capacity, and DOES 1-10,<br><br>    Defendants. | Case No.: 2:21-cv-08015-DMG-PDx<br><br>Assigned to Honorable Dolly M. Gee, U.S. District Judge<br><br>**DECLARATION OF EMILY C. BARBOUR, ESQ., IN SUPPORT OF PMOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL**<br><br>**Date: March 10, 2023**<br>**Time: 9:30 a.m.**<br>**Crtrm.: 8C**<br><br>**Complaint Filed: October 7, 2021**<br>**Trial Date: November 14, 2023** |

I, Emily C. Barbour, declare as follows:

1. I am an attorney-at-law, duly licensed to practice before all courts of the State of California, including the Central District Federal Court of California, and am presently one of the attorneys on record for Plaintiff Chad Loder in the above-entitled action.

2. I am personally familiar with all the facts and events involved in this matter, and I am competent to testify to the matters stated herein.

3. Despite our diligent efforts, Plaintiff's Counsel has been unable to effectively communicate with Plaintiff for nearly three months, thereby making it impossible to schedule Plaintiff's deposition or respond to Defendants' written discovery.

4. This is not the first time we have had difficulty contacting Mr. Loder. Throughout the litigation, my office has been unable to communicate with Mr. Loder over extended periods of time. Phone messages, emails, and text messages have frequently gone unanswered for months.

5. On November 9, 2022, I communicated with Mr. Loder and scheduled a meeting with him for a few days later. Mr. Loder did not come to the scheduled meeting, notify me that he would not be there, attempt to reschedule, or respond to my inquiries as to whether that was still a good time for us to meet.

6. On November 21, 2022, having received no communication from Mr. Loder after he missed our scheduled meeting, I attempted to contact Mr. Loder again. I received no response.

7. On November 29, 2022, I attempted to contact Mr. Loder again, but received no response.

8. Finally, on December 9, 2022, I spoke with Mr. Loder and he stated that he would provide the information I requested within a few days. On December 15, 2022, having received no further communication from Mr. Loder, I attempted to contact him again. I received no response.

**DECLARATION OF EMILY C. BARBOUR, ESQ. IN SUPPORT OF MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL**
V. James DeSimone, Esq.
*Loder v. County of Los Angeles, et al.* Carmen D. Sabater, Esq.
Case No.: 2:21-CV-08015-DMG (PDx) Emily C. Barbour, Esq.

9. Mr. DeSimone and I made a coordinated effort to contact Mr. Loder on December 27, 2022, January 6, 2023, January 10, 2023, and January 12, 2023. Mr. Loder responded to our January 10, 2023 contact with a single sentence, but he did not provide the information that we requested or indicate to us that this information would be forthcoming.

10. In sum, Plaintiff's Counsel has been unable to consult with Mr. Loder about his case for two months, and we have been unable to obtain the information we need in order to litigate this case for three months.

11. Consequently, on January 24, 2023, my office notified Mr. Loder by email and certified mail of our intent to withdraw as his attorney due to our inability to contact him and consult with him about his case. We asked that he respond no later than January 31, 2023. To date, we have received no response from Mr. Loder.

12. Although this breakdown in communications has come to a head in recent months, it has been a problem throughout our representation of Mr. Loder. In order to protect attorney client communication, I can provide further information on the breakdown of communication in chambers if the Court deems necessary.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 8th day of February, 2023 in Los Angeles, California.

_____
EMILY C. BARBOUR, ESQ.

Attorney for PLAINTIFF,
CHAD LODER

3

**DECLARATION OF EMILY C. BARBOUR, ESQ. IN SUPPORT OF MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL**
*Loder v. County of Los Angeles, et al.*
Case No.: 2:21-CV-08015-DMG (PDx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Emily C. Barbour, Esq.