# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD LODER,<br><br>　　Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a municipal entity; SHERIFF ALEX VILLANUEVA, in his individual and official capacity, SERGEANT BRYAN SIRKEL, in his individual and official capacity; DEPUTY ISIDORO ARELLANO, in his individual and official capacity; DEPUTY GARRET WERT, in his individual and official capacity, and DOES 1-10,<br><br>　　Defendants. | Case No.: 2:21-cv-08015-DMG-PDx<br><br>Assigned to Honorable Dolly M. Gee, U.S. District Judge<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL**<br><br>**Date: March 10, 2023**<br>**Time: 9:30 a.m.**<br>**Crtrm.: 8C**<br><br>**Complaint Filed: October 7, 2021**<br>**Trial Date: November 14, 2023** |

The Court hereby orders that the Motion to Withdraw as Plaintiff's Counsel is GRANTED. V. JAMES DESIMONE LAW and the BOHM LAW GROUP, INC. and all its attorneys have been withdrawn as counsel in the above-mentioned matter. Mr. Chad Loder to substitute in pro se. The clerk is hereby ordered to terminate Notice of Electronic filing for the withdrawing attorneys in this case.

**IT IS SO ORDERED.**

DATED: _____

　　　　　　　　　　　　　　　　　　HON. DOLLY M. GEE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL**
*Loder v. County of Los Angeles, et al.* 　　　　　　　　　　　　V. James DeSimone, Esq.
Case No.: 2:21-CV-08015-DMG (PDx) 　　　　　　　　　　　　Carmen D. Sabater, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Emily C. Barbour, Esq.