*Loder v. County of Los Angeles, et al.*
United States District Court, Central District of California
Case No.: 2:21-CV-08015-DMG(PDx)

# PROOF OF SERVICE BY CERTIFIED MAIL

I, the undersigned declare that I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is: 13160 Mindanao Way, Suite 280, Marina del Rey, California 90292.

On February 9, 2023, I served the within:

- **NOTICE OF MOTION AND MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL**
- **DECLARATION OF EMILY C. BARBOUR, ESQ., IN SUPPORT OF MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL**
- **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL**

By placing a true copy thereof enclosed in a sealed envelope with prepaid postage with a **CERTIFIED MAIL Receipt # 7016 0750 0000 8063 1277** thereon fully prepaid for deposit in the United States Post Office mailbox, at my business address shown above, following V. JAMES DESIMONE LAW's ordinary business practices for the collection and processing of correspondence for mailing, of which I am readily familiar, to the individual and address as set forth below.

## SERVICE LIST

**Chad Loder**                                                                 **PLAINTIFF**
**2929 W 190th Street Apt 119**
**Redondo Beach, CA 90278**
**Mobile phone: 310.213.2542**
**Home phone: 323.8351410**

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on February 9, 2023, in Marina Del Rey, California.

Catherine Paredes
Paralegal