UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 21-8015-DMG (PDx)** | Date | March 17, 2023 |
|---|---|---|---|
| Title | *Chad Loder v. County of Los Angeles, et al.* | Page | 1 of 2 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: [IN CHAMBERS] ORDER GRANTING MOTION TO WITHDRAW [73] AND FOR PLAINTIFF TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED**

On February 8, 2023, attorneys V. James DeSimone and Carmen D. Sabater of V. James DeSimone Law and attorney Emily C. Barbour of Bohm Law Group, Inc. filed a motion to withdraw as counsel for Plaintiff Chad Loder. [Doc. # 73.] Their withdrawal would leave Plaintiff *pro se* in this case. The Court held a hearing on the motion via videoconference on March 17, 2022. Plaintiff failed to appear.

"A motion for leave to withdraw must be made upon written notice given reasonably in advance to the client and to all other parties who have appeared in the action." C.D. Cal. L.R. 83-2.3.2. Counsel seeks to withdraw as Plaintiff's counsel because a breakdown in their ability to communicate with Plaintiff has made the representation unreasonably difficult. [Doc. # 73 at 3.[1]] *See also* California Rule of Professional Conduct ("CRPC") 1.16(b)(4). Counsel mailed the motion to withdraw to Plaintiff's last known address, personally served Plaintiff with the Court's February 14, 2023 Order setting the hearing on the motion to withdraw, and texted and emailed Plaintiff notice of the motion. [Doc. # 77 at 3–4.] The February 14 Order advised Plaintiff to appear at the hearing on the motion to withdraw and warned him that failure to appear could result in dismissal of his claims. *Id.* On March 2, 2023, the Court continued the hearing on the motion to withdraw to March 17, 2023. [Doc. # 78.] On March 6, 2023, counsel filed a proof of service stating that Plaintiff was served with the March 2 Order on March 3, 2023. [Doc. # 79.]

Based upon counsel's written submissions and the statements made on the record at the hearing, the Court finds that good cause exists within the meaning of CRPC 1.16(b)(4) for the withdrawal and that Counsel has taken adequate steps to inform Plaintiff of the consequences of

---

[1] Citations to the record are to the CM/ECF pagination.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 21-8015-DMG (PDx) | Date | March 17, 2023 |
|---|---|---|---|
| Title | *Chad Loder v. County of Los Angeles, et al.* | Page | 2 of 2 |

the withdrawal.  The Court hereby **GRANTS** Counsel's motion to withdraw as counsel for Plaintiff, provided that Counsel timely files the proof of service described in this Order.

The Court orders Counsel to serve this Order on Plaintiff and thereafter file a proof of service by no later than **March 24, 2023.**

**NOTICE TO PLAINTIFF AND ORDER TO SHOW CAUSE**

Plaintiff has failed to comply with a court order to appear for this hearing.  The Court hereby **ORDERS** Plaintiff to show cause why this case should not be dismissed for lack of prosecution.  Plaintiff shall respond in writing to this Order to Show Cause no later than **March 31, 2023** or this case will be dismissed without prejudice for lack of prosecution.

Plaintiff is advised that if he does not retain new counsel, he shall represent himself, *pro se*.[2]  If Plaintiff proceeds *pro se*, he shall be expected to comply with all Court orders, the Local Rules, and the Federal Rules of Civil Procedure.  *See* C.D. Cal. Local Rule 83-2.2.3.  **Non-compliance may result in the imposition of sanctions, including but not limited to the dismissal of this action.**

**IT IS SO ORDERED.**

---

[2] Parties in court without a lawyer are called "*pro se* litigants."  These parties often face special challenges in federal court.  Public Counsel runs a free Federal *Pro Se* Clinic where *pro se* litigants can get information and guidance.  The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012 (note that the clinic may not be open for in-person appointments during the pandemic).  *Pro se* litigants must call or submit an on-line application to request services as follows:  on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.